**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **FABIAN LIMAS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JACINTO JOSE CRUZ D/B/A CALIFORNIA TIRES; PRISCILLA V. OROZCO; and DOES 1 to 10,**<br><br>**Defendants.** | **Case No.: 2:26-cv-08907-SSC**<br>Assigned to Magistrate Judge Stephanie S. Christensen<br><br>**~~[PROPOSED]~~ ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based on the request for dismissal with prejudice and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with Prejudice.

SO ORDERED.

DATED: October 23, 2026

Hon. Stephanie S. Christensen
United States Magistrate Judge